IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SEAN PHILLIP CHAMP,

      Plaintiff,

v.                                                   4:11cv563-WS

DEPARTMENT OF CORRECTIONS,
et al.,

      Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 10) docketed December 15, 2011. The magistrate judge recommends that the plaintiff's emergency motion for protection (doc. 4) and emergency motion for a restraining order (doc. 8) be denied. The plaintiff has filed no objections to the magistrate judge's report and recommendation.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2.  The plaintiff's emergency motion for protection (doc. 4) and emergency motion for a restraining order (doc. 8) are hereby DENIED.

3.  The case shall be remanded to the magistrate judge for further proceedings.

DONE AND ORDERED this    27th    day of     January    , 2012.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE